# EXHIBIT "A"

PO Box 729  
Columbia, MD 21045

**PERSELS & ASSOCIATES, LLC**  
**PERSELS & ASSOCIATES, LLP (CA, MI)**  
**PERSELS & ASSOCIATES, PLLC (NC)**  
A National Law Firm Dedicated to Consumer Rights

Neil J. Ruther, licensed in MD  
Leza Griffith, licensed in MD, DC  
William Grafton, licensed in MS, TX  
Lisa L. Perrillo, licensed in NY, NC  
Jimmy B. Persels, Of Counsel, licensed in MD, IL  
Robyn Freedman, licensed in FL and NJ

Phone: 1-800-498-6761  
Fax: 1-410-910-5923

STONELEIGH RECOVERY  
PO BOX 1479  
LOMBRAD, IL 60148

December 29, 2010

**Creditor Account Number:**     509662

**Client Name:**     Barbara Riggi  
**Client SSN:**     ###-##-3768

To Whom It May Concern:

Our law firm has been retained by Barbara Riggi. Persels & Associates has a limited power of attorney to represent this client in debt settlement negotiations. Please update your records to the firm as your contact for settlement of our client's debts. Cease all further direct contact with our client pursuant to The Fair Debt Collections Practices Act.

This scope of our representation does not include entry of appearance on behalf of the client in any related litigation. <u>We do not accept service on behalf of our client in any proceeding. All court papers and notices must be served directly on the party.</u>

You can reach Persels & Associates at 1-866-939-PALAW. We will contact you in the future to discuss possible settlement options. We look forward to working with you and appreciate your assistance in resolving this matter so that we can expedite a solution that is best for everyone.

Sincerely,

Robyn Freedman

**Persels & Associates**

*[signature: Neil J. Ruther]*

Neil J. Ruther  
1-800-498-6761

Rev: 823E-008-091220